**Order entered December 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01065-CV

**J&K TILE CO., Appellant**

**V.**

**ARAMSCO INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12725**

## ORDER

We **GRANT** appellant's December 15, 2015 agreed second motion to extend time to file

brief and **ORDER** the brief be filed no later than January 19, 2016.  Appellant is cautioned that

no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
          JUSTICE